# United States District Court
# For The Western District of North Carolina
# Statesville Division

KEVIN LINDER,

    Petitioner,                         JUDGMENT IN A CIVIL CASE

vs.                                       5:10CV169-3-V

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 4, 2010 Order.

                                        Signed: November 4, 2010

                                        Frank G. Johns, Clerk
                                        United States District Court